IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIAM ZIANI,

    Plaintiff,

  v.

EARTHLINK, INC. AND EARTHLINK SHARED SERVICES, LLC,

    Defendants.

No. C 15-05052 WHA

**REQUEST FOR RESPONSE FROM DEFENDANTS**

This employment case was recently reassigned to the undersigned judge. Before reassignment, defendants Earthlink, Inc. and Earthlink Shared Services, LLC, filed a motion to dismiss some of plaintiff Mariam Ziani's claims under Rule 12(b)(6). Plaintiff filed a statement of non-opposition, instead requesting leave to amend her complaint to provide more specific allegations. Defendant did not file any reply. By **NOON ON JANUARY 21, 2016**, defendants shall state whether they object to plaintiff filing an amended complaint in response to the motion to dismiss.

    **IT IS SO ORDERED.**

Dated: January 19, 2016.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE