IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM ZIANI,<br><br>  Plaintiff,<br><br> v.<br><br>EARTHLINK, INC. AND EARTHLINK SHARED SERVICES, LLC,<br><br>  Defendants.<br>_____/ | No. C 15-05052 WHA<br><br>**ORDER RE AMENDED COMPLAINT** |

This employment case was recently reassigned to the undersigned judge. Before reassignment, defendants Earthlink, Inc. and Earthlink Shared Services, LLC, filed a motion to dismiss some of plaintiff Mariam Ziani's claims under Rule 12(b)(6). Plaintiff filed a statement of non-opposition, instead requesting leave to amend her complaint to provide more specific allegations. Defendants responded that they have no opposition to plaintiff filing an amended complaint. Plaintiff shall file her amended complaint by **JANUARY 29, 2016.** Defendants' response is due **21 CALENDAR DAYS** from the filing of the amended complaint.

**IT IS SO ORDERED.**

Dated: January 27, 2016.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE