SEYFARTH SHAW LLP
Joshua M. Henderson (SBN 197435)
jhenderson@seyfarth.com
Selyn Hong (SBN 303398)
shong@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
EARTHLINK, INC. (incorrectly named as a defendant) and
EARTHLINK SHARED SERVICES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAM (MIMI) ZIANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EARTHLINK, INC., a Delaware Corporation;<br>EARTHLINK SHARED SERVICES, LLC, a<br>Delaware Limited Liability Corporation,<br><br>Defendants. | Case No. 3:15-cv-05052-WHA<br><br>**STIPULATED REQUEST FOR<br>DISMISSAL AND [~~PROPOSED~~] ORDER** |

  Having completed their respective obligations under a written settlement agreement, Plaintiff MARIAM (MIMI) ZIANI ("Plaintiff") and Defendant EARTHLINK SHARED SERVICES, LLC ("Defendant") (collectively "the Parties"), by and through their respective counsel, hereby stipulate as follows:

  1. The above-captioned action shall be dismissed with prejudice; and

2.  Each party shall bear its own attorneys' fees and costs of suit.

**IT IS SO STIPULATED.**

DATED: July 27, 2016                     Respectfully submitted,

                                              THE LAW OFFICES OF DANIEL FEDER


By: /s/ *Daniel L. Feder*
     Daniel L. Feder

Attorneys for Plaintiff
MARIAM (MIMI) ZIANI

DATED: July 27, 2016                     Respectfully submitted,

                                              SEYFARTH SHAW LLP


By: /s/ *Joshua Henderson*
     Joshua Henderson
     Selyn Hong

Attorneys for Defendant
EARTHLINK SHARED SERVICES, LLC

### ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Selyn Hong, attest that concurrence in the filing of this stipulation has been obtained from the signatories, Daniel L. Feder, counsel for Plaintiff, and Joshua Henderson, counsel for Defendant EarthLink Shared Services, LLC.

DATED: July 27, 2016        By:  /s/ *Selyn Hong*
                                              Selyn Hong

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, this action is hereby dismissed with prejudice.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:  August 1, 2016.

_____
HONORABLE WILLIAM H. ALSUP
United States District Judge